No. 83–5711. PLATEL v. MAGUIRE, VOORHIS & WELLS, P. A., ET AL. Dist. Ct. App. Fla., 5th Dist.; and

No. 83–5725. SWEETMAN v. TOWNSHIP OF PENNSAUKEN, NEW JERSEY. Sup. Ct. N. J. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 30, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co., ante,* p. 928, we would deny the petitions for certiorari in these cases

without reaching the merits of the motions to proceed *in forma pauperis*.